■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v ALISHA LEE, Respondent. — Order, Supreme Court, New York County (David H. Edwards, Jr., J.), entered on November 9, 1981, unanimously affirmed. On the whole record it appears that the People have not met the time requirement imposed by CPL 30.30. No opinion. Concur — Kupferman, J. P., Sandler, Ross, Carro and Asch, JJ.

■ FORTY EXCHANGE COMPANY, Respondent, v MENDES & MOUNT, Appellant. FORTY EXCHANGE COMPANY, Respondent, v MENDES & MOUNT, Appellant. — Judgment, Supreme Court, New York County (Leonforte, J.), entered on August 18, 1982, unanimously affirmed. Respondent shall recover of appellant one bill of $75 costs and disbursements of this appeal. The appeal from the order of said court entered on or about July 27, 1982, dismissed as having been subsumed in the appeal from the judgment, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Sandler, Ross, Carro and Asch, JJ.